**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE FEDEX CORPORATION DERIVATIVE LITIGATION | No. 19-cv-1747 |

**DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED
DERIVATIVE COMPLAINT
PURSUANT TO RULES 23.1, 9(b) AND 12(b)(6)**

Defendants James L. Barksdale, John A. Edwardson, Marvin R. Ellison, Susan Patricia Griffith, John C. Inglis, Alan B. Graf, Kimberly A. Jabal, Shirley Ann Jackson, R. Brad Martin, Joshua Cooper Ramo, Susan C. Schwab, Frederick W. Smith, David P. Steiner, Paul S. Walsh, David J. Bronczek, Rajesh Subramaniam, David L. Cunningham, Donald F. Colleran, Michael C. Lenz hereby move to dismiss Plaintiffs' Consolidated Amended Derivative Complaint with prejudice pursuant to Federal Rules of Civil Procedure 23.1, 9(b) and 12(b)(6). Nominal defendant FedEx Corporation joins in the motion to dismiss pursuant to Rule 23.1.  The grounds in support of this motion are set forth in the Opening Brief in Support of Defendants' Motion to Dismiss the Consolidated Amended Derivative Complaint Pursuant to Rules 23.1, 9(b) and 12(b)(6), which is incorporated by reference herein.

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| Jay B. Kasner<br>Susan L. Saltzstein<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>4 Times Square<br>New York, New York  10036<br>Tel.:  (212) 735-3000<br>Email:  jay.kasner@skadden.com<br>Email:  susan.saltzstein@skadden.com | */s/ Paul J. Lockwood*<br>Paul J. Lockwood (ID No. 3369)<br>Ryan M. Lindsay (ID No. 6435)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>920 N. King Street<br>P.O. Box 636<br>Wilmington, Delaware  19899-0636<br>Tel.:  (302) 651-3000<br>Email:  paul.lockwood@skadden.com<br>           ryan.lindsay@skadden.com<br><br>*Attorneys for Defendants James L. Barksdale, John A. Edwardson, Marvin R. Ellison, Susan Patricia Griffith, John C. Inglis, Alan B. Graf, Kimberly A. Jabal, Shirley Ann Jackson, R. Brad Martin, Joshua Cooper Ramo, Susan C. Schwab, Frederick W. Smith, David P. Steiner, Paul S. Walsh, David J. Bronczek, Rajesh Subramaniam, David L. Cunningham, Donald F. Colleran, Michael C. Lenz and Nominal Defendant FedEx Corporation* |
| DATED:  February 28, 2020 | |