# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE FEDEX CORPORATION )<br>DERIVATIVE LITIGATION )<br>) | No: 19-cv-1747 LPS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of W. Scott Holleman to represent plaintiff Jason Flaker in this matter.

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange Street, Suite 1120
P.O. Box 1680
Wilmington, DE  19801
Telephone:  (302) 984-3800
E-Mail:  bbennett@coochtaylor.com

*Attorney for Plaintiff Jason Flaker*

DATED:  June 23, 2020

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 23, 2020

W. Scott Holleman
Bragar Eagel & Squire, P.C.
885 Third Avenue, Suite 30400
New York, NY 10022
Tel.: (646) 860-9449
holleman@bespc.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
United States District Judge